# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# MOBILE DIVISION

| | |
|---|---|
| **GREGORY LUCE,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Civil Action No.: 1:20-cv-29** |
| ) | |
| **CERTAIN UNDERWRITERS AT** ) | |
| **LLOYD'S, LONDON,** ) | |
| ) | |
|     **Defendant.** ) | |

## NOTICE OF REMOVAL

**TO THE CLERK OF COURT FOR THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA:**

In accordance with 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Certain Underwriters at Lloyd's, London (Underwriters) removed this action from the Circuit Court of Mobile County, Alabama, to the United States District Court for the Southern District of Alabama, Mobile Division. As grounds for removal, Underwriters state as follows:

1. This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332, and which may be removed to this Court pursuant to 28 U.S.C. § 1441.

2. On June 21, 2019, Plaintiff Gregory Luce filed suit in the Circuit Court of Mobile County, Alabama, styled *Gregory Luce v. Lloyd's of London, et*

*al.*, Case No. 02-CV-2019-901716.[1] The Complaint seeks to enforce the appraisal provision in an Underwriters homeowner's insurance policy. The Complaint is silent as to the damages sought.

3.  Complete diversity of citizenship exists between Plaintiff and Underwriters. Plaintiff is an individual and citizen of Alabama. The Channel Syndicate 2015, managed by The Channel Managing Agency, Limited (Channel) is the sole underwriter subscribing to the subject policy. Channel's sole corporate member is SCOR Underwriting Limited. Both Channel and SCOR are registered in England and Wales, with their principal place of business at 10 Lime Street, London, England. Accordingly, Underwriters are a citizen of the United Kingdom for purposes of removal.

4.  The amount in controversy requirement for diversity jurisdiction also is satisfied. Plaintiff's Complaint does not demand a specific sum of damages. Thus, it was not facially apparent from the pleading itself that the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. 28 U.S.C § 1332(a). On January 9, 2020, Plaintiff filed in the state court suit a Motion to Appoint Umpire attaching an appraisal with a "dwelling" repair estimate

---

[1] Plaintiff also sued Bass Underwriters, a Florida corporation that was dismissed on October 17, 2019. Plaintiff also sued fictitious parties, whose citizenship should be disregarded. 28 U.S.C. § 1441(b)(1) ("In determining whether a civil action is removable on the basis of the jurisdiction under section 1332(a) of this title, the citizenship of defendants sued under fictitious names shall be disregarded.").

3466522

of $115,038.47, an "other structures" repair estimate of $955.12, and a "contents" replacement estimate of $935. This was Underwriters' first indication that Plaintiff seeks to recover in excess of $75,000, exclusive of interest and costs.[2] The appraisal satisfies the "other paper" requirement for removal under 28 U.S.C. § 1446(b). *See ALC Holding LLC v. Federated Service Ins. Co.*, 2015 WL 9312081, at *3 (D. Ariz. Dec. 23, 2015) ("Defendant's thirty day window to remove began on October 23, 2014 when the appraisers calculated Plaintiff's award amount and distributed the document to the parties."); *Great Western Inn. v. Certain Underwriters at Lloyds of London*, 2011 WL 1157620, at *8 (S.D. Tex. Mar. 24, 2011) (appraisal documents are "'other paper' indicating that the amount in controversy exceeds the minimum jurisdictional limit").

5.     This Notice of Removal is timely filed. 28 U.S.C. § 1446(b)(3) permits removal "within thirty days after receipt by defendant, through service or otherwise, of a copy of an…other paper…from which it may first be ascertained that the case is one which is or has become removable." This case became removable only after Underwriters' receipt of Plaintiff's appraisal confirming the amount in controversy is met. That document triggered the thirty-day removal period. This Notice of Removal is filed within thirty days after receipt of the appraisal, and thus complies with the filing requirement of 28 U.S.C. § 1446(b).

---

[2] Plaintiff submitted a pre-suit estimate dwelling repair estimate of $49,286.99.

Also, it has been less than one year since Plaintiff commenced this action on June 21, 2019. 28 U.S.C. § 1332(c)(1); § 1446(b)(3); § 1446(c)(1).

6. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders in the state court suit is attached as Exhibit 1. Written notice of filing of this Notice of Removal is being served directly on all parties or through their counsel of record.

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed today with the Clerk of the Circuit Court of Mobile County, Alabama.

8. Underwriters currently are the only defendant in this suit who have been properly joined and served. As such, the unanimity of consent requirement of 28 U.S.C. § 1446(b)(2)(A) is met.

9. Underwriters reserve the right to supplement this Notice of Removal with additional evidence or authority supporting any basis for removal.

WHEREFORE, Underwriters respectfully request the Court to take jurisdiction of this action and issue all necessary orders and process to remove this action from the Circuit Court of Mobile County, Alabama, to the United States District Court for the Southern District of Alabama, Mobile Division.

Dated: January 16, 2020.

> */s/ Graham R. Pulvere*
> Graham R. Pulvere (ASB-6800-R76P)

**OF COUNSEL:**
Lloyd, Gray, Whitehead & Monroe, P.C.
880 Montclair Road, Ste. 100
Birmingham, Alabama 35213
Telephone: (205) 967-8822
Fax: (205) 967-2380
gpulvere@lgwmlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of January, 2020, a true and correct copy of the foregoing has been furnished either by filing electronically with the Clerk of Court, by electronic mail, or by United States Mail, first-class postage prepaid and properly addressed to:

Wesley H. Blacksher, Esq.
Wesley H. Blacksher, LLC
917 Western America Cir
Suite 210
Mobile, Alabama 36609
blacksherlaw@gmail.com
*Attorney for Plaintiff*

>                */s/ Graham R. Pulvere*
>                OF COUNSEL

3466522