# EXHIBIT F



# WESLEY H. BLACKSHER, LLC
## Attorney at Law

RECEIVED
JAN 2 2 2019
M. & M., LLP
Answered ___ FILE

January 15, 2019

Lloyd's of London
c/o Mendes and Mount
750 Seventh Avenue
New York, NY 10019-6829

RE:     Insured:     Gregory Luce
        Insured Property:   256 West St., Mobile, Alabama 36604
        Insurer:     Certain Underwriters at Lloyds of London
        Policy No.:   BUHO16798

Dear Lloyd's of London:

    I have the pleasure of representing Mr. Gregory Luce as it pertains to damage which occurred to his property in May 13, 2018. Based on the initial report received from the insurance company, we disagree as to the extent and cost of repairing the damage sustained by the property as a result of that loss. In accordance with Paragraph F titled "Appraisal" which is located on page 15 of 24, and in accordance with the provisions of that policy, we demand an appraisal at this time as we feel that would be the most efficient and effective measure for resolving differences and our loss estimates for the dwelling itself.

    In this regard, we hereby designate our appraiser as Ken "Rick" Clarke, 1608 Ridgeland Road West, Mobile, AL 36695. Mr. Clarke may be reached at (251) 421-4398. Pursuant to the subject policy provision, kindly select a competent and disinterested appraiser on behalf of Lloyd's of London and identify the name and address of same within 20 days from the date of this demand. Under the appraisal provision in the policy we are invoking an appraisal.

    I look forward to hearing from you regarding this matter.

Sincerely,

WESLEY H. BLACKSHER
Attorney at Law

WHB/skb
cc. Greg Luce

3763 Professional Parkway, Mobile, Alabama 36609 Phone: 251-432-1010 Facsimile: 251-343-2344
blacksherw@aol.com
Licensed in Alabama & Mississippi